516 Pa. 520 (1987)
533 A.2d 708
In re ADOPTION OF K.L.R.F.
Appeals of D.A.E. (at No. 11) and K.L.R.F., a minor child (at No. 12).
Supreme Court of Pennsylvania.
Argued September 21, 1987.
Decided December 2, 1987.
James P. O'Connell, Neighborhood Legal Services, Aliquippa, for V.R.F.W.
Nancy E. Carr, Beaver, for Minor Child.
Cathy D. Campbell, Beaver Falls, for Debra Ellefson.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.
Prior Report: 356 Pa.Super. 555, 515 A.2d 33 (1986).

*521 ORDER
PER CURIAM:
Appeals dismissed as moot.
HUTCHINSON, Former Justice did not participate in the consideration or decision of this case.